

W. W. Kirk, of Plainview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The appellant was convicted of murder without malice, and his punishment assessed at five years' confinement in the penitentiary.

Since his appeal to this court was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.

■

James Perry ALFORD, Appellant, v.
STATE, Appellee.

No. 20156.

Court of Criminal Appeals of Texas.

Oct. 12, 1938.

Alfred M. Clyde, Coleman Cline, and Levi Pressly, all of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction is for murder; punishment assessed is confinement in the state penitentiary for a term of forty years.

Appellant has filed a written request, subscribed to in the statutory manner, in which he requests that his appeal be dismissed.

It is therefore ordered that the appeal be, and the same is, dismissed.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.